IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL SMITH and MICHAEL A CONSTRUCTION LLC, | * * * | |
| Plaintiffs, | * | |
| vs. | * * * | No. 4:18-cv-00416-SWW |
| KIEWIT INFRASTRUCTURE SOUTH CO., | * * * | |
| Defendant. | * | |

## ORDER

Pursuant to the stipulation of dismissal filed by the parties [doc.#18], this action is dismissed with prejudice.

IT IS SO ORDERED this 11th day of July 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE